**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                                            Case No:  6:24-cv-2054-RBD-LHP

AVP PETRO INC,

    Defendant.

_____

## <u>ORDER OF DISMISSAL</u>

This cause is before the Court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant AVP Petro Inc (Doc. 24), filed on April 16, 2025.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on April 21, 2025.



ROY B. DALTON, JR.
United States District Judge